# Court of Appeals
# of the State of Georgia

ATLANTA, May 29, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0118.  WILSON v. WILSON.**

Upon consideration of Appellant's "Emergency Motion to Deny Contempt, Correct Jurisdictional Error, and Restore Right to Appeal," the same is hereby DENIED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, __05/29/2025_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.